**Order entered October 23, 2020**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-01143-CR

### APRIL MICHELLE FLOYD, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the County Court at Law
Rockwall County, Texas
Trial Court Cause No. CR18-0971**

### ORDER

Before the Court is appellant's October 21, 2020 motion for additional time to file her pro se response to the *Anders* brief filed on May 21, 2020. We **GRANT** appellant's pro se motion and **ORDER** her pro se response due on November 20, 2020.

We **DIRECT** the Clerk to send a copy of this order to appellant at the address on file with the Court.

/s/    LANA MYERS
           JUSTICE